LEGAL AID SOCIETY OF SAN DIEGO. INC.
   BRANDEN G. BUTLER. ESQ.. SBN 265127
   Email: *brandenb@lassd.org*
1764 San Diego Avenue, Suite 200
San Diego. California 92110
Tel:   (619) 471-2623
Fax:   (619) 471-2788

BRANCART & BRANCART
   CHRISTOPHER BRANCART. ESQ.. SBN 128475
   Email: *cbrancart@brancart.com*
P.O. Box 686
Pescadero. California 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiff
JASON FORD

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON FORD,**<br><br>     **Plaintiff,**<br><br>vs.<br><br>**AFFIRMED HOUSING GROUP; General Partner of STUDIO 15 HOUSING PARTNERS, L.P.; SOLARI ENTERPRISES, INC.; and LAURA DORVAL,**<br><br>     **Defendants.** | Case No: **'13cv00996 W   RBB**<br><br>**JOINT APPLICATION AND STIPULATION CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**ENE**<br><br>**Date:**    **August 8, 2013**<br>**Time:**    **2:00 pm**<br>**Room:**    **RBB** |

      The parties, Attorneys, Christopher Brancart and Branden G. Butler for Plaintiff, and Wayne P. Tate for Defendants, Affirmed Housing Group, General Partner of Studio 15, and Solari Enterprises, Inc., jointly apply for and stipulate to issuance of an order continuing the ENE in this action from August 8, 2013, to a date, convenient for the Court, after September 1, 2013. A proposed order is lodged with this joint application.

/ / /

1

JOINT APPLICATION AND STIPULATION CONTINUING
EARLY NEUTRAL EVALUATION CONFERENCE

There is good cause to grant this application for the following reasons: First, it is based on the stipulation of counsel. Second, counsel on both sides of this action have prepaid, scheduled vacations planned for the date currently set for the ENE. Third, counsel conducted their early meeting of counsel under Rule 26 (f) on Monday, July 1, 2013, prior to receipt of the ENE order (Doc. 11). During that meeting, counsel agreed that each side needs certain documents and things to be in a position to fully participate in the ENE. Counsel intend to use the additional time obtain by way of this continuance to obtain that production between themselves and two third-parties. Last, granting this brief continuance will not delay the ultimate resolution of this action.

So stipulated.

Dated: July 9, 2013.

Respectfully submitted,

BRANCART & BRANCART

LEGAL AID SOCIETY OF
SAN DIEGO, INC.

*/s/ Branden G. Butler*
BRANDEN G. BUTLER, ESQ.
Attorneys for Plaintiff
BrandenB@lassd.org

OSTENDORF TATE BARNETT, LLP

*/s/ Wayne P. Tate*
Wayne P. Tate
Attorneys for Defendants
WayneTate@OTBTlaw.com

# CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on July 9, 2013, I served by email via the ECF system a copy of the attached document, entitled **JOINT APPLICATION AND STIPULATION CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE**, upon the following attorneys:

Wayne P. Tate, Esq.
23041 Mill Creek Drive
Laguna Hills, CA 92653

Fax:    (949) 380-1128
Email:  WayneTate@OTBTlaw.com

Christopher Brancart, Esq.
Post Office Box 686
Pescadero, CA 94060

Fax:    (650) 879-1103
Email:  cbrancart@brancart.com

*/s/ Branden G. Butler*